IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WI-LAN INC.; WI-LAN USA, INC.; & WI-LAN LABS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MOTOROLA MOBILITY LLC; & MOTOROLA MOBILITY HOLDINGS, LLC, <br><br> Defendants. | Civil Action No.: 1:19-cv-00941 <br><br> Judge John F. Kness <br><br> Magistrate Judge Gabriel A. Fuentes <br><br> **Jury Trial Demanded** |

### JOINT MOTION TO REQUEST SCHEDULING A CLAIM CONSTRUCTION HEARING

Pursuant to the instructions provided by the Honorable Gabriel A. Fuentes in ECF No. 76, Plaintiffs, Wi-LAN Inc., Wi-LAN USA, Inc., and Wi-LAN Labs, Inc. (collectively, "Wi-LAN" or "Plaintiffs") and Defendants, Motorola Mobility LLC and Motorola Mobility Holdings, LLC (collectively, "Motorola" or "Defendants") hereby jointly and respectfully request that the Court schedule a claim construction hearing.

The parties would be agreeable to the Court scheduling a claim construction hearing on or after January 26, 2021, at the Court's convenience. LPR 4.3 contemplates that the claim construction hearing may be held within 28 days after filing of the Reply Claim Construction Brief, or as otherwise ordered by the Court. The current deadlines in this action are disclosed at pages 5 and 6 of ECF No. 67, which the parties have reproduced below for the convenience of the Court.

| Event | Current Deadlines |
|---|---|
| Limitation of Asserted Claims (LPR 3.1(a)(1)) | August 18, 2020 |
| Final Infringement, Unenforceability, and Invalidity Contentions (LPR 3.1) | September 1, 2020 |
| Final Non Infringement, Enforceability, and Validity Contentions (LPR 3.2) | September 29, 2020 |
| Document Production Accompanying Final Invalidity Contentions (LPR 3.3) | September 29, 2020 |
| Exchange of Proposed Claim Terms to be Construed Along with Proposed Constructions (LPR 4.1(a)) | October 13, 2020 |
| Meet and Confer Regarding Claim Terms (LPR 4.1(b)) | October 20, 2020 |
| Close of Fact Discovery (LPR 1.3) | November 10, 2020 |
| Opening Claim Construction Brief (LPR 4.2(a)) | November 17, 2020 |
| Joint Appendix (LPR 4.2(b)) | November 17, 2020 |
| Responsive Claim Construction Brief (LPR 4.2(c)) | December 15, 2020 |
| Reply Claim Construction Brief (LPR 4.2(d)) | December 29, 2020 |
| Joint Claim Construction Chart, and Joint Status Report (LPR 4.2(f)) | January 12, 2021 |
| Exchange of Any Exhibits, Including Demonstrative Exhibits, to be Used at Claim Construction Hearing (LPR 4.3) | 3 days before Claim Construction Hearing |
| Claim Construction Hearing (LPR 4.3) | The parties propose January 26, 2021. LPR 4.3 contemplates that the hearing may be held within 28 days after filing of the Reply Claim Construction Brief, or as otherwise ordered by the Court |
| Claim Construction Ruling | At the Court's convenience |
| Commencement of Discovery Concerning Opinions of Counsel (LPR 3.6) | 35 days prior to the close of fact discovery, or the Claim Construction Ruling, whichever is later |

| Deadline to File Motion to Amend Final Contentions Due to a Claim Construction Ruling (LPR 3.4) | 14 days after entry of the Claim Construction Ruling |
|---|---|
| Close of Fact Discovery (LPR 1.3) | 63 days after entry of the Claim Construction Ruling |
| Initial Expert Reports (LPR 5.1(b)) | 21 days after the close of fact discovery, or the Claim Construction Ruling, or the Amendment of Final Contentions, whichever is later |
| Rebuttal Expert Reports (LPR 5.1(c)) | 35 days after Initial Expert Reports |
| Completion of Expert Witness Depositions (LPR 5.2) | 35 days after Rebuttal Expert Reports |
| Final Day for Filing Dispositive Motions (LPR 6.1) | 28 days after the completion of expert witness depositions |

Date: November 6, 2020      */s/ Barry J. Bumgardner*
Timothy E. Grochocinski (#6295055)
tim@nbafirm.com
Joseph P. Oldaker (#6295319)
joseph@nbafirm.com
NELSON BUMGARDNER ALBRITTON P.C.
15020 S. Ravinia Ave., Suite 29
Orland Park, Illinois 60462
P: (708) 675-1975
F: (708) 675-1786

Barry J. Bumgardner
Texas State Bar No. 00793424
barry@nbafirm.com
Eric M. Albritton
Texas State Bar No. 00790215
ema@nbafirm.com
John P. Murphy
Texas State Bar No. 24056024
murphy@nbafirm.com
Robert A. Delafield II (*pro hac vice*)
Texas State Bar No. 24065137
bobby@nbafirm.com

|  |  |
|---|---|
|  | NELSON BUMGARDNER ALBRITTON P.C.<br>3131 W. 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>P: (817) 377-9111<br><br>Shawn A. Latchford<br>Texas State Bar No. 24066603<br>shawn@nbafirm.com<br>NELSON BUMGARDNER ALBRITTON P.C.<br>204 N. Fredonia Street<br>Longview, Texas 75601<br>P: (903) 757-8449<br><br>**COUNSEL FOR PLAINTIFF WI-LAN INC.;**<br>**WI-LAN USA, INC.; & WI-LAN LABS, INC.** |
| Date: November 6, 2020 | /s/ _R. David Donoghue_____<br>R. David Donoghue (*lead trial counsel*)<br>david.donoghue@hklaw.com<br>Anthony J. Fuga<br>anthony.fuga@hklaw.com<br>HOLLAND & KNIGHT LLP<br>150 North Riverside Plaza, 27th floor<br>Chicago, IL 60606<br>Tel: (312) 263-3600<br>Fax: (312) 578-6666<br><br>Taylor Han (*pro hac vice*)<br>taylor.han@hklaw.com<br>Allison Lucier (*pro hac vice*)<br>allison.lucier@hklaw.com<br>Jacob W. S. Schneider<br>jacob.schneider@hklaw.com<br>HOLLAND & KNIGHT LLP<br>10 St. James Ave.<br>Boston, MA 02116<br>Tel: (617) 523-2700<br>Fax: (617) 523-6850<br><br>**COUNSEL FOR DEFENDANTS**<br>**MOTOROLA MOBILITY LLC; &**<br>**MOTOROLA MOBILITY HOLDINGS, LLC** |