# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WI-LAN INC.; WI-LAN USA, INC.; & WI-LAN LABS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MOTOROLA MOBILITY LLC; & MOTOROLA MOBILITY HOLDINGS, LLC, <br><br> Defendants. | No. 19-cv-00941 <br><br> Judge John F. Kness |

## ORDER GRANTING JOINT MOTION TO REQUEST SCHEDULING A CLAIM CONSTRUCTION HEARING

Before the Court is the Joint Motion to Request a Claim Construction Hearing filed by Plaintiffs, Wi-LAN Inc., Wi-LAN USA, Inc., and Wi-LAN Labs, Inc. and Defendants, Motorola Mobility LLC and Motorola Mobility Holdings, LLC. Having fully considered the arguments of the parties, the Motion is **GRANTED**. It is therefore **ORDERED** that the modified schedule below is entered.

| Event | Current Deadlines |
|---|---|
| Limitation of Asserted Claims (LPR 3.1(a)(1)) | August 18, 2020 |
| Final Infringement, Unenforceability, and Invalidity Contentions (LPR 3.1) | September 1, 2020 |
| Final Non Infringement, Enforceability, and Validity Contentions (LPR 3.2) | September 29, 2020 |
| Document Production Accompanying Final Invalidity Contentions (LPR 3.3) | September 29, 2020 |

| | |
|---|---|
| Exchange of Proposed Claim Terms to be Construed Along with Proposed Constructions (LPR 4.1(a)) | October 13, 2020 |
| Meet and Confer Regarding Claim Terms (LPR 4.1(b)) | October 20, 2020 |
| Close of Fact Discovery (LPR 1.3) | November 10, 2020 |
| Opening Claim Construction Brief (LPR 4.2(a)) | November 17, 2020 |
| Joint Appendix (LPR 4.2(b)) | November 17, 2020 |
| Responsive Claim Construction Brief (LPR 4.2(c)) | December 15, 2020 |
| Reply Claim Construction Brief (LPR 4.2(d)) | December 29, 2020 |
| Joint Claim Construction Chart, and Joint Status Report (LPR 4.2(f)) | January 12, 2021 |
| Exchange of Any Exhibits, Including Demonstrative Exhibits, to be Used at Claim Construction Hearing (LPR 4.3) | 3 days before Claim Construction Hearing |
| Claim Construction Hearing (LPR 4.3) | January 26, 2021 at 1:00 pm. |
| Claim Construction Ruling | At the Court's convenience |
| Commencement of Discovery Concerning Opinions of Counsel (LPR 3.6) | 35 days prior to the close of fact discovery, or the Claim Construction Ruling, whichever is later |
| Deadline to File Motion to Amend Final Contentions Due to a Claim Construction Ruling (LPR 3.4) | 14 days after entry of the Claim Construction Ruling |
| Close of Fact Discovery (LPR 1.3) | 63 days after entry of the Claim Construction Ruling |
| Initial Expert Reports (LPR 5.1(b)) | 21 days after the close of fact discovery, or the Claim Construction Ruling, or the Amendment of Final Contentions, whichever is later |
| Rebuttal Expert Reports (LPR 5.1(c)) | 35 days after Initial Expert Reports |
| Completion of Expert Witness Depositions (LPR 5.2) | 35 days after Rebuttal Expert Reports |

| Final Day for Filing Dispositive Motions (LPR 6.1) | 28 days after the completion of expert witness depositions |

SO ORDERED in No. 19-cv-00941.

Date: December 11, 2020

JOHN F. KNESS
United States District Judge